UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J.T.G.,

                                    Petitioner,

                    -against-

Kenneth GENALO, New York Field Office
Director for U.S. Immigration and Customs
Enforcement; Paul ARTETA, Director of the
Orange County Correctional Facility; Markwayne
MULLIN, Secretary of Homeland Security; Daren
K. MARGOLIN, Director, Executive Office for
Immigration Review; Todd BLANCHE, Acting
Attorney General of the United States,

                                    Respondents.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __6/1/2026__

26 Civ. 4521 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed Petitioner's application for a writ of habeas corpus under 28 U.S.C. § 2241.  *See* ECF No. 1.  Petitioner's transfer or removal to any location outside of this District, the Eastern District of New York, or the District of New Jersey is ADMINISTRATIVELY STAYED pending further order of the Court.

      The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York of this Order.  Counsel for Respondents shall promptly enter an appearance.

      SO ORDERED.

Dated: June 1, 2026
      New York, New York

_____
ANALISA TORRES
United States District Judge