USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/15/2026

# THE
# LEGAL AID
# SOCIETY
## CIVIL

Direct Dial: 332-205-2292
Email: drosen@legal-aid.org

Alan Levine
*President*

Twyla Carter
*Attorney-in-Chief*

Adriene Holder
*Attorney-in-Charge*
Civil Practice

Deborah Lee
*Attorney-in-Charge*
Immigration Law Unit

June 10, 2026

**By ECF**
The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *J.T.G. v. Genalo*, No. 26 Civ. 4521 (AT)

Dear Judge Torres:

Undersigned counsel represents Petitioner J.T.G. in the above-captioned habeas proceeding. On May 29, 2026, J.T.G. filed a motion for leave to proceed using initials and redact certain other information, specifically his Alien Registration Number ("A-Number"), date and month of birthdate, photograph, home address, telephone number, and the names of his family members ("identifying information"). ECF No. 3. The motion remains pending and Respondents' counsel has represented to the Court that Respondents take no position on the motion. *See* ECF No. 5.

In the event that J.T.G.'s motion is granted, counsel requests that the Court seal 10 documents and exhibits on the docket that contain J.T.G.'s identifying information. Respondents' counsel consents to this request.

It has come to undersigned counsel's attention that both copies of the Declaration of Deportation Officer Michael Charles contain J.T.G.'s A-number. ECF Nos. 12–13. Eight exhibits with Respondents' Return also contain J.T.G.'s A-number. ECF Nos. 14-1–14-6, 14-8–14-9. In addition, Exhibit A to Respondents' Return contains J.T.G.'s photograph and the names of his parents, ECF No. 14-1, and Exhibit B contains his last names. ECF No. 14-2.

Accordingly, Petitioner respectfully requests that the Court seal ECF Nos. 12–13, 14-1–14-6, and 14-8–14-9 and accept the redacted versions filed herewith.

                    Respectfully submitted,

/s/ *Diana Yanguas Rosen*
Diana Yanguas Rosen
Elyssa N. Williams
THE LEGAL AID SOCIETY
Immigration Law Unit
49 Thomas St., 5th floor
New York, NY 10013
Tel: 332-205-2292
drosen@legal-aid.org

*Counsel for Petitioner*

cc:    Counsel of Record (via ECF)

GRANTED.  By order dated June 15, 2026, the Court granted J.T.G.'s unopposed request to proceed via pseudonym.  The Court finds that the same considerations justify granting J.T.G.'s unopposed request to seal personally identifying information in the specified documents.  The Court finds that the redactions are narrowly tailored to protect this information.  Accordingly, ECF Nos. 12, 13, 14-1 through 14-6, 14-8, and 14-9 shall be sealed, and the Court accepts the redacted copies filed at ECF Nos. 16-2 through 16-10.

SO ORDERED.

Dated:  June 15, 2026
        New York, New York

_____
ANALISA TORRES
United States District Judge

2